UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           X
THE NEW YORK TIMES COMPANY                 :
620 8th Avenue                             
New York, NY 10018                         :

                    Plaintiff,             :

        v.                                 :
                                              **COMPLAINT**
DEFENSE HEALTH AGENCY                      :
7700 Arlington Boulevard, Suite 5101       
Falls Church, VA 22042                     :

and                                        :

DEPARTMENT OF HEALTH AND HUMAN             :
SERVICES                                   
Hubert H. Humphrey Building                :
200 Independence Ave., S.W.                
Washington, D.C., 20201                    :

                    Defendants.            :
_____X


Plaintiff THE NEW YORK TIMES COMPANY, by and through its undersigned attorneys, alleges as follows:

1.      This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to obtain an order for the production of agency records from the Defense Health Agency and Department of Health and Human Services, respectively, in response to requests properly made by Plaintiff.

1

## PARTIES

2.      Plaintiff The New York Times Company ("The Times") publishes *The New York Times* newspaper and www.nytimes.com.  The Times is headquartered at 620 Eighth Avenue, New York, New York, 10018.

3.      Defendant the Defense Health Agency ("DHA") is a federal agency within the United States Department of Defense that has possession and control of records that Plaintiff seeks.

4.      Defendant the Department of Health and Human Services ("HHS") is a federal agency within the Executive Branch of the United States government that has possession and control of records that Plaintiff seeks.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

6.      Venue is proper in the District of Columbia pursuant to 5 U.S.C. § 552(a)(4)(B).

7.      Defendants DHA and HHS have failed to meet the statutory deadline set by FOIA. See 5 U.S.C. § 552(a)(6)(A)-(E).  Plaintiff is therefore deemed to have exhausted all administrative remedies, pursuant to 5 U.S.C. § 552(a)(6)(C).

## FACTS

8.      On December 24, 2020, The Times submitted two FOIA requests seeking expedited processing to DHA and HHS, respectively (the "Requests").  The Requests sought from each agency records showing:

> i.      Aggregate, de-identified data, broken down by zip code and county of the recipient, showing the number of individuals who have received one dose of a

2

coronavirus vaccine. The Requests sought that the data set be further broken down by:

   a. The race, ethnicity, and age group of vaccine recipients;
   b. The comorbidities associated with the vaccine recipients;
   c. The Vaccination Priority Group (i.e. Phase 1a, Phase 1b) associated with the vaccine recipients;
   d. The vaccine recipients' status as a health care worker, long-term care facility resident, or member of any other priority group or profession;
   e. The manufacturer of the vaccine; and
   f. The "administered location type" field entry (as defined by the CDC's Covid-19 Vaccination Reporting Specification).

ii. Aggregate, de-identified data, broken down by zip code and county of the recipient, showing the number of individuals who have been fully vaccinated. The Requests sought that the data set be further broken down by:

   a. The race, ethnicity, and age group of vaccine recipients;
   b. The comorbidities associated with the vaccine recipients;
   c. The Vaccination Priority Group (i.e. Phase 1a, Phase 1b) associated with the vaccine recipients;
   d. The vaccine recipients' status as a health care worker, long-term care facility resident, or member of any other priority group or profession;
   e. The manufacturer of the vaccine; and
   f. The "administered location type" field entry (as defined by the CDC's Covid-19 Vaccination Reporting Specification).

   iii. All available data showing the number of coronavirus vaccine doses that were allocated and distributed to each vaccine provider, broken down by state, county, and zip code.

   iv. All available de-identified data regarding allergic or adverse reactions to a coronavirus vaccine, including but not limited to the data tracked by the V-SAFE data system.

   v. All available data showing the number of coronavirus vaccine doses that were distributed but not administered, including any records showing the reasons why those doses were not administered.

 9. HHS has not substantively responded to The Times's Request.

 10. On January 26, 2021, DHA acknowledged receipt of The Times's Request and denied The Times's request for expedited processing. DHA further stated that it would not be able to respond to the Request within FOIA's statutory deadline of twenty day due to "unusual circumstances." DHA indicated that the unusual circumstances may include "(a) the need to search for and collect records from a facility geographically separated from this office; (b) the potential volume of records responsive to your request; (c) the need for consultation with one or more agencies which have substantial interest in either the determination or the subject matter of the records; and (d) an unusually high volume of requests."

## **FIRST CAUSE OF ACTION (AGAINST ALL DEFENDANTS)**

 11. Plaintiff repeats, realleges, and reincorporates the allegations in the foregoing paragraphs as though fully set forth herein.

12. Defendants are agencies subject to FOIA and must therefore release in response to a FOIA request any disclosable records in its possession at the time of the request and provide a lawful reason for withholding any other materials as to which it is claiming an exemption.

13. Defendants have failed to meet the statutory deadlines set by FOIA, 5 U.S.C. §§ 552(a)(6)(A)(i), 552(a)(6)(B)(i).  Accordingly, Plaintiff is deemed to have exhausted its administrative remedies under FOIA.

14. Accordingly, Plaintiff is entitled to an order compelling Defendants to produce records responsive to their FOIA request.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

15. Declare that the documents sought by the Requests, as described in the foregoing paragraphs, are public under 5 U.S.C. § 552 and must be disclosed;

16. Order DHA to undertake an adequate search for the requested records and provide those records to Plaintiff within 20 business days of the Court's order;

17. Order HHS to undertake an adequate search for the requested records and provide those records to Plaintiff within 20 business days of the Court's order;

18. Award Plaintiff the costs of this proceeding, including reasonable attorney's fees, as expressly permitted by FOIA; and

19. Grant Plaintiff such other and further relief as this Court deems just and proper.

Dated: New York, New York
March 3, 2021

/s/ David E. McCraw
David E. McCraw
Dana R. Green
Alexandra Settelmayer
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Phone: (212) 556-4031
Fax: (212) 556-4634
E-mail: mccraw@nytimes.com

*Counsel for Plaintiff*